UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HARRIETTE E. SMITH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:21-CV-195-FL |
| DENIS MCDONOUGH, Secretary, ) | |
| US Department of Veterans Affairs ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss and plaintiff's motion to amend complaint.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 21, 2023, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted and this case is dismissed for failure to state a claim upon which relief may be granted and for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on March 21, 2023, and Copies To:**
Harriett E. Smith (via US Mail) 13343 Itasca Pine Drive, Humble, TX 77346
John P. Newby (via CM/ECF Notice of Electronic Filing)


March 21, 2023            PETER A. MOORE, JR, CLERK
                           /s/ Sandra K. Collins
                          (By) Sandra K. Collins, Deputy Clerk